JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-01934-SSS-DFMx | Date | March 27, 2023 |
| Title | *Applied Medical Distribution Corporation v. Meden, Inc., et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:   ORDER (IN CHAMBERS) RE: DISMISSAL OF ACTION**

On March 1, 2023, the Court issued its Order Granting-In-Part and Denying-In-Part Plaintiff's Motion for Default Judgment [Dkt. 51] and Final Judgment [Dkt. 52] as to Defendant Ah Sung International, Inc.  For the reasons provided in the Court's Order [Dkt. 51], the Court denied Plaintiff's request for default judgment against Defendants Choi, Park, Meden[1], Medas, and the Aro Defendants[2].  Plaintiff was given the opportunity to file an amended motion for default judgment as to the remaining defendants and was to file and serve any amended motion by March 17, 2023.  The Court further informed Plaintiff that failure to file and serve the amended motion by the specified date would waive the right to do so.

As of the date and time of this Order, counsel has failed to file its amended motion for default judgment.  The Court hereby **DISMISSES** this action with prejudice.  The Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED.**

---

[1] Allegedly doing business as With Us in Cewon, Inc.

[2] Aro Innovation, Inc. and Medinova, Inc.